# EXHIBIT A



| Title: Aspirion Acceptable Use Policy | Page 1 of 12 |
|---|---|

Approved By: Director HIPAA Security and Compliance
Effective Date: 02/09/2015
Last Revised:   6/18/2024

| Contact: | Compliance Officer<br>Compliance@Aspirion.com<br>1506 6th Ave, Columbus, GA 31901<br>(706) 660-5536 | Responsible Department(s):<br>Compliance and Security |
|---|---|---|

| Scope: | ☒ Employees<br>☒ Contractors | ☒ Interns<br>☒ Vendors | ☒ Visitors<br>☒ Volunteers |
|---|---|---|---|

**PURPOSE:** The purpose of this policy is to outline the acceptable use of Aspirion data, devices and equipment, Aspirion's information systems and Aspirion's client's information systems. These rules are in place to protect the employee and Aspirion. Inappropriate use of devices, equipment and information systems exposes Aspirion to risks including virus attacks, compromise of network systems and services, and legal issues.

Aspirion provides services to hospitals and healthcare providers, which involve the exchange of Protected Health Information ("PHI"), and Aspirion therefore has a legal and ethical responsibility to safeguard the privacy of all patients and to protect the confidentiality of the information provided to Aspirion by its clients.

In the course of your employment at Aspirion, you will come into contact with PHI. The following policies and procedures are intended to protect the privacy and provide for the security of PHI disclosed to you as an employee of Aspirion in accordance with the Health Insurance Portability and Accountability Act of 1996 ("HIPAA"), privacy regulations published by the U.S. Department of Health and Human Services contained at 45 CFR Parts 160 and 164 which may be periodically revised or amended, and any other applicable laws. This agreement requires that users maintain confidentiality indefinitely, even after the contract, work, employment, or any other aspect of involvement with Aspirion has ended.

**POLICY SECTION HYPERLINKS:**

I Standards_of_Use_of_PHI

II Standards_of_Retention_of_PHI

III Standards_of_Disposal_of_PHI

IV Standards_of_Disclosure_of_PHI

V Use_of_Devices_and_Systems

VI Unacceptable_Use_of_Aspirion_Devices

VI Use_of_Internal_and_External_Mail_Svc

VII Use_of_Social_Media

VIII Use_of_Personal_Mobile_Devices



| Title: Aspirion Acceptable Use Policy | Page 2 of 12 |
|---|---|

IX Use of Confidential Information

X Incident Management

XI Disputing Aspirion Policies

**POLICY:**

    I.   Standards for Use of Protected Health Information ("PHI")

        a.   Aspirion will enforce a "clean desk policy," which requires employees to safeguard PHI in individual work areas, on fax machines, copiers, printers, unattended unlocked computer monitors, in common spaces throughout the office and elsewhere to avoid compromising the organization by leaving covered or critical business information unattended or available for unauthorized individuals to access. Aspirion educates employees to identify and report any incident where PHI was not appropriately safeguarded, retained, or disposed.

            i.  **Procedure**

1. Employees should only use the minimum necessary PHI in order to perform their job responsibilities.
2. PHI may be used without patient authorization for purposes of treatment, payment and/or healthcare operations, or as otherwise required by law (in response to a subpoena, court order, etc.).
3. Store files and documents containing PHI or confidential information in filing cabinets. If a filing cabinet is not available, make reasonable efforts to ensure that such information is adequately safeguarded.
4. Use HIPAA Shields as a temporary security solution. Do not use HIPAA Shields to cover PHI or confidential information, which can be stored in a filing cabinet or inside your desk.
5. Individual work areas should not contain post-it notes, loose papers or printed documents with confidential information, such as user ID's and passwords, or PHI such as patient names, account numbers, Aspirion number, etc.
6. Only print PHI or confidential information as immediately necessary
7. Do not print PHI or confidential information unless you are sure you will need a paper version.
8. Put away nonessential items and documents whenever an extended absence is anticipated, and at the end of each work day.
9. Never remove files and documents containing PHI from the Aspirion office for any reason, even when telecommuting. Refer to the *Aspirion Telecommuting Policy.*



**Title: Aspirion Acceptable Use Policy**  **Page 3 of 12**

10. Ensure all storage rooms/areas, which contain PHI or confidential information are locked after business hours or when authorized staff are not present.
11. Immediately retrieve documents containing PHI from fax machines, copiers, printers. If documents containing PHI are left unattended on fax machines, copiers, or printers, either provide the documents to the proper person or dispose of such documents in the designated shredding receptacles.
12. Do not leave PHI, such as outgoing appeals or medical records, in unsecured common areas such as the waiting areas or kitchens. PHI found in common areas after hours should be placed in shred bins or provided to the author.
13. Do not discuss PHI outside of the office where others may overhear the conversation, even if the patient's name is not used.
14. Do not disclose or discuss PHI with non-employees, including friends or family.
15. Because of the open layout of Aspirion's office, take reasonable steps to protect confidential information when speaking with other employees, or when speaking with patients or insurance carriers on the telephone as not to be heard by other employees.
16. Do not store ePHI or passwords on your hard drive including your desktop. Empty 'trash' and 'download' folders frequently; at minimum weekly.
17. Do not leave your computer monitor unlocked or open while unattended. All users must lock or shut down their computers when walking away from them.
18. All patient/health plan member identifiable information regardless of the media form it is in (e.g. electronic, paper, verbal, etc.) must be protected. Sale or use of protected health information (PHI) for personal gain is strictly prohibited.
19. Report any incident where PHI was not safeguarded in accordance with the *Aspirion Incident Management Policy and Procedures.*

II. Standards for Retention of PHI

   a. PHI will be retained while in use, and for 60 days thereafter prior to destruction. ePHI will be saved permanently to Aspirion's backup servers.

      i. **Procedure**

         1. Employees should store paper PHI related to a specific account in the folder for that account while the account is open.
         2. All correspondence or documentation received related to a specific account should be scanned and saved to the appropriate drive or system with the approved naming convention.



**Title:  Aspirion Acceptable Use Policy**               **Page 4 of 12**

        3. Once the account is closed, and as part of the month – end closure procedures, the employees should follow the month-end closing procedures per location.
        4. Aspirion staff will store and disposed any paper versions of closed files in accordance with Aspirion's disposal procedures per location.

III. Standards for Disposal of PHI

    a. Aspirion employees must properly dispose of PHI.

        i. **Procedure**

            1. Use the shredding receptacles to dispose of paper PHI, Other media including CDs, USBs, etc. will need to be given to IT for proper disposal.
            2. Never dispose of PHI in any form in the trash, recycling bins or individual trash receptacles.
            3. PHI should not be removed from Aspirion premises for disposal except by an authorized disposal entity.

IV. Standards for Disclosure of PHI:

    a. Employees should only disclose the minimum necessary PHI in order to perform their job responsibilities. PHI may be disclosed without patient authorization for purposes of treatment, payment and/or healthcare operations, or as otherwise required by law (in response to a subpoena, court order, etc.).
    b. Aspirion must confirm PHI/PII is being sent via secure channels (e.g., secure email) before sending PHI/PII via fax.
    c. Covered or critical information must be protected when using internal or external mail services.

        i. **Procedure**

            1. If a request is made for PHI for one of the above-mentioned purposes, verify the identity of the requester before providing the PHI. Verification will need to be done for all in-bound calls and requests, or whenever there is a question about the requestor's right to access PHI.
            2. Verification should be undertaken by asking the requester to verify two of the following:
                a. Hospital account number;
                b. Patient's address;
                c. Last four of the patient's Social Security Number;
                d. Patient's date of birth; or
                e. Patient's insurance policy number.
            3. Written requests can be verified based on:



    a. Letterhead - request is on official printed letterhead and PHI is mailed or faxed to address or fax number on the letterhead.
    b. Email address - request is received from an email address that identifies the company (e.g., john.smith@cigna.com).
    c. Fax coversheet with company logo that identifies the requester, and the PHI is mailed or faxed to an address or fax number on the fax coversheet.

4. If the request for disclosure is from the Patient's legal representative, confirm in the Patient's account whether or not you have the authority to disclose PHI to the Patient's legal representative. If you cannot verify that the individual is the Patient's legal representative, follow the process per location to make a determination for legal representation.
5. Before disclosing PHI to anyone, make sure that the requester agrees to keep the information confidential and to only use or further disclose the information for the purpose for which it was disclosed.
6. If sending a cover letter with the information, the cover letter should contain language stating that the information is being released on the understanding that the requestor agrees to only use or disclose the information for the purpose for which it is being requested.
8. Before emailing PHI, Aspirion employees should use sound judgment and only include the minimum necessary amount of information needed to fulfill the transaction or information request, or to complete a specified objective. Aspirion employees must be aware of all encryption rules used to send emails outside of Aspirion's email server.
9. Before faxing information, ensure that:
    a. The information cannot be sent over other, more secure channels (e.g., encrypted email).
    b. You are only providing the minimum amount of PHI necessary.
    b. The fax number is correct.
    c. No PHI is disclosed on the fax coversheet.
    d. You are using an official Aspirion fax coversheet containing the confidentiality notice.
    e. Fax is being sent to meet time constraints previously verified by phone or other means.
10. If you are sending an Explanation of Benefits or Remittance Advice to an insurance carrier, and the document contains information on multiple patients, all information not pertaining to the relevant patient account you are dealing with should be completely blacked out.
11. When leaving a message for a patient/guarantor, the message should not make any reference to the patient's account number or diagnosis/procedure, but can include your name, your



Title:  Aspirion Acceptable Use Policy                                Page 6 of 12

        company, and a general description of the purpose of your call ("regarding your account").
12. When mailing PHI, staff must ensure that sensitive information is not be visible through envelopes and protect all incoming and outgoing mail points to ensure that the information is appropriately protected as follows:
    a. Outgoing mail procedures
        i. Priority Mail must be placed at the closest appeal station with a HIPAA Privacy Shield to ensure that sensitive information is protected from unauthorized access.
        ii. Regular mail must be folded and placed in an envelope with a return address label. When using a window envelope, sensitive information should not appear in window of envelope.
        iii. All envelopes must be closed with envelope adhesive and taped to avoid exposure while in transit.
        iv. USPS provides a tracking number on all packages sent via Priority Mail.
    b. Incoming mail procedures for clerical team
        i. Stamp the correspondence with the Aspirion receipt date.
        ii. For correspondence containing PHI, place a system note in the appropriate account.
        iii. Scan copy of incoming mail and save it by date received in encrypted network drive.
        iv. Store original copy of daily incoming mail for two (2) weeks from the date of process status change. At the expiration of two (2) weeks, clerical will shred and destroy hard copies of the incoming mail.
V. Before submitting ePHI over the internet, ensure that:
    a. The connection is secure before entering sensitive data. If the connection appears unsecure, do not enter any PHI or confidential information, and immediately discontinue use of the suspect website.
    b. The web address is correct prior to entering sensitive data.
    c. You are using an approved and updated web browser.

VI. Acceptable Use of Aspirion Devices and Systems:

    a. Aspirion employees will use Aspirion's information systems and devices for business purposes which serve the interests of Aspirion in the course of normal business operations. Employees' use of Aspirion devices and systems will not compromise the organization. Employees understand that their use of Aspirion's devices and systems may be monitored for improper use, and that Aspirion will take appropriate remedial action when unauthorized use is found. Employees must report any unacceptable use, whether confirmed or suspected, of Aspirion devices and systems. In addition, the remote activation of collaborative computing devices by Aspirion employees is



**Title: Aspirion Acceptable Use Policy**  Page 7 of 12

prohibited unless prior approval is received from Aspirion management and Aspirion devices will clearly indicate to the user when such devices are in use.

i. **Procedure**

1. Personal use of internet, email, blog or social media during work hours on Aspirion-issued devices is prohibited.
2. Any device, equipment, or other item that has or could contain confidential data MUST be managed to ensure that confidential data is not comprised. When unattended, lock the screen, place the device into a locked room, or ensure that if accessed, cameras would catch the inappropriate review of confidential data. If none of this is possible, the equipment should be turned off, at a minimum.
3. Save PHI and confidential information to the Aspirion Network Drives (ShareDrive, OneDrive, Common Drives). Do not save PHI or confidential information to the C: Drive or hard drive including desktop.
4. On a weekly basis, check the C: Drive, "My Documents," "My Pictures," "My Downloads," and your Desktop for PHI or confidential information: Delete or relocate PHI or confidential information stored on the C: drive to the Aspirion Network Drives.
5. Implement weekly calendar updates to remove PHI or confidential information saved to the aforementioned locations.
6. Exercise caution when opening email attachments received from unknown senders or downloading files from the Internet, which may contain malicious software. Users should not open emails received from unknown senders and should report these emails to the Aspirion IT Helpdesk and Compliance team.
7. Respond to anti-virus, anti-spyware and malware warnings.
8. Update software as prompted to ensure it is up to date.
9. Never install unauthorized software, including data and software, from external networks, *i.e.* the internet.
10. Employees will logoff the system at the end of the day; restarting the workstation at least weekly.
11. Only remove laptops from your specific location with supervisor permission.
    a. Read and acknowledge the *Aspirion Telecommuting Policy* and obtain management approval prior to removing a laptop from Aspirion's office.
    b. Keep the laptop in a secure location, *i.e.,* on their person or in their home, and exercise sound judgment in transporting the laptop.
    c. Do not use an Aspirion laptop on public Wi-Fi networks.
    d. Do not make copies, print or store PHI when accessing PHI remotely.



**Title:  Aspirion Acceptable Use Policy**                                              Page 8 of 12

13. Report any unacceptable use, whether confirmed or suspected, of Aspirion Devices and Systems in accordance with the *Aspirion Incident Management Policy and Procedures.*
14. When using the laptop, a LED indication will alert you that the camera and mic are in use. In addition, if screen is being shared, a red border appears around the shared screen. If you observe the remote activation of your camera or mic when not in use, please report to IT Support and Compliance.
15. Passwords will not be shared with others and accounts will not be shared, including with family and other household members when work is performed at home. Refer to *Aspirion Password Policy.*

VII. Unacceptable Use of Aspirion Devices and Systems:

   a. The following activities provide a framework for activities which fall into the category of unacceptable use and are, in general, prohibited. Users may be exempted from these restrictions while performing legitimate job responsibilities:

   1. The storage, installation or distribution of unauthorized software or products not appropriately licensed for use by Aspirion (this cannot be exempted if it violates any law or copyright requirement).
   2. Introducing, coding, compiling, storing, transmitting or transferring malicious software code, including but not limited to viruses, worms and Trojan horses.
   3. Uploading or downloading executable software (e.g., screensavers, entertainment software, games, etc.) without prior approval from Aspirion Management.
   4. Effecting security breaches or disruptions of network communication. Security breaches include, but are not limited to, accessing data of which the employee is not an intended recipient or logging into a server or account that the employee is not expressly authorized to access.
   5. Relocating or changing equipment, or the network connectivity of the equipment, without prior authorization from Aspirion Management.
   6. Network port scanning or security scanning without prior approval of Aspirion Management.
   7. Executing any form of network monitoring which will intercept data not intended for the employee's computer, without prior approval of Aspirion Management.
   8. Circumventing user authentication or security of any host, network, or account.

VIII. Acceptable Use of Internal/External Mail Services:

   a. Employees must protect PHI and/or confidential information sent via internal or external mail services.



**Title:  Aspirion Acceptable Use Policy**                                      Page 9 of 12

                i. **Procedure**

                    1. Follow the *Aspirion Mail Procedures* when sending PHI through external mail services, *i.e.,* USPS, UPS and Fed Ex.
                    2. Follow the *Aspirion Email Policy* when sending PHI and/or confidential information internally over the Aspirion email server and externally to a party that does not have an Aspirion email address.

IX. **Acceptable Use of Social Media:**

    a. Employees will not use Aspirion issued devices to access social media during business hours.  Employees will not access social media on personal mobile devices during work hours to limit inadvertent disclosures of PHI and to avoid compromising the organization.  Employees will not disclose PHI obtained during the course of their employment, or any confidential/proprietary information via social media.

X. **Acceptable Use of Personal Mobile Devices:**

    a. Use of personal mobile devices during work hours is approved for multi-factor authentication use when connecting to client hospital systems. Multi-Factor Authentication ("MFA") is a security system that verifies a user's identity by requiring multiple credentials. Rather than just asking for a username and password, MFA requires additional credentials, such as a code from the user's smartphone. Multi-factor authentication using the free DUO application is required for the Aspirion network when accessing Aspirion systems remotely. Please refer to the *Aspirion Information Security Policy, Aspirion Network Security Policy, and Aspirion Telecommuting Policy* for additional information regarding the use of free multi-factor authentication apps on your personal mobile devices.

XI. **Acceptable Use of Confidential Information:**

    a. Employees will hold and maintain all information not classified as PHI, which is considered confidential information under the *Aspirion Security Program Policy,* in strict confidence for the sole and exclusive benefit of Aspirion.

        i. **Procedure**

            1. Employees' will not disclose confidential information, such as internal policies, business correspondence, company announcements, without authorization and will not use confidential information to compromise the organization in any way.
            2. Employees' duty to protect confidential information will survive termination of employment and remain in effect until such information becomes public knowledge, or until Aspirion provides



**Title:  Aspirion Acceptable Use Policy**  Page 10 of 12

3. Employees must save and store confidential information on the secure Aspirion Shared Drive.  Employees should not save or store confidential information in unsecure areas on their computer such as in the "downloads" folder or on the user's desktop and should empty the computer's "trash" regularly.
4. Employees must not disclose confidential information to non – employees, family members or organization outsiders without authorization from Aspirion Management.
5. To obtain authorization from Aspirion Management, the employee submits a written request to Aspirion Management detailing the request for disclosure and the reason for the disclosure.
6. Upon termination of employment, employees must sign the **"**Termination of Employment; Employee Acknowledgement Form,*"* which requires employee to protect PHI and confidential information.

(continued from previous: written notice releasing employee from the obligations set forth in this policy, whichever occurs first.)

XII. Incident Management:

  a.  If an incident is suspected or known, Aspirion employees will adhere to the incident management procedures as set forth in the *Aspirion Incident Management Policy and Procedures.*

XIII. Disputing Aspirion Policies and Procedures:

  a. Aspirion Employees will have the right to dispute any policies or procedures that they do not agree with prior to acknowledging this policy.

    i. **Procedure**

      1. Aspirion employees may make complaints concerning Aspirion policies, procedures, or the organization's compliance with its policies and procedures either anonymously by reporting it via the Anonymous Forms mechanism or directly by email or in person to Aspirion's Compliance Team.
      2. Aspirion's Compliance Officer will review complaint with Aspirion Management to determine best course of action regarding addressing complaint.
      3. Aspirion's Compliance Officer will note the outcome of the complaint review and will notify Aspirion employees of any changes made to Aspirion policies or procedures as a result of the review.

**Related Policies:**

*Aspirion Telecommuting Policy*



**Title: Aspirion Acceptable Use Policy**  **Page 11 of 12**

*Aspirion Incident Response Policy*

*Aspirion Mobile Device Policy and Procedures*

*Aspirion Security Program Policy*

*Aspirion Password Policy*

*Aspirion Information Security Policy and Procedures*

*Aspirion Network Security Policy*

**Version Table**

| Date | Reviewer | Description of Document Changes |
|---|---|---|
| 9/23/21 | Kathleen Carroll, Shaun Johnson | Integrated Acceptable Use Policies into Enterprise Policy |
| 7/28/2022 | Kathleen Carroll, Shaun Johnson | Policy reviewed, formatting changes with new logo |
| 8/16/2023 | Shaun Johnson | Policy Reviewed, formatting changes made |
| 10/30/2023 | Shaun Johnson | Updated incoming and outgoing mailing procedures under section IV. Standards for Disclosure of PHI |
| 6/18/2024 | Shaun Johnson | Reviewed policy for annual training acknowledgement campaign, no changes made at this time |
|  |  |  |



| Title: Aspirion Acceptable Use Policy | Page 12 of 12 |
|---|---|

### Attachment A

### Acceptable Use Policy Acknowledgement

I acknowledge that I have received a copy of Aspirion Acceptable Use Policy (including any applicable addendums or related policies mentioned herein) and have read and understand its contents. I understand that I am responsible for ensuring the security, integrity, and confidentiality of Protected Health Information ("PHI") created, obtained, or maintained by Aspirion, and any confidential information created, learned or maintained by Aspirion, and I hereby agree:

1. To immediately notify Aspirion of any violation, suspected or confirmed, of this policy and those policies referenced herein;

2. That non-compliance with this policy and related policies will be cause for disciplinary action or sanctions up to and including termination of employment or association with Aspirion, as well as possible legal action, as defined in the **Aspirion *Information Security Policy and Procedures*** and ***Aspirion Sanctions Policy and Procedures;***

3. To cooperate and not interfere with federal or state investigations or disciplinary proceedings by willful misrepresentation or omission of facts or by the use of threats or harassment against any person;

4. That this Acknowledgment Form must be signed as a condition of my employment or association and retained in accordance with the **Aspirion *Information Security Policy and Procedures;***

5. That I have been provided with notice that my actions may be monitored and I consent to this monitoring;

6. That I was informed regarding the use of multi-factor authentication for secure connection to client hospital systems and Aspirion networks while operating remotely, and I understand and agree with the requirements described in section VIII. *Use of Personal Mobile Devices*;

7. That I read and understand my right to dispute any existing Aspirion policies and procedures that I do not agree with, as described in section XI. *Disputing Aspirion Policies and Procedures*. I understand that acknowledging this form confirms my understanding and agreement with the **Aspirion *Acceptable Use Policy*** and those policies referenced herein; and

8. That my obligations under this policy and any related policies will continue after termination of my relationship with Aspirion;

_____     _____
Employee Name (Print)                                                                                    Date

_____
Employee Signature