# EXHIBIT B

SCREENSHOT OF DEVANNIE ABELL KNOWBE4 ACCOUNT

